# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**HORICON FOODS, INC.,**
    Plaintiff,

v.                                               Case No. 15-C-0689

**GEHL FOODS, LLC,**
**DAVID SCHUMACKER, and**
**DAIRY=BOND, LLC,**
    Defendants.

_____

## ORDER

In my prior order, I denied the parties' motions to seal various parts of the record on the ground that they did not comply with this district's local rules. However, I granted the parties leave to file new motions to seal that comply with those rules, which the parties have done. Having reviewed the new motions, I conclude that there is good cause for sealing the limited portions of the record that the parties agree are confidential.

Accordingly, **IT IS ORDERED** that the parties' new motions to seal (ECF Nos. 100 through 102) are **GRANTED**. The Clerk of Court shall unseal all documents that were previously sealed but that are not identified as confidential in the new motions. In compliance with General Local Rule 79(d)(2), the parties have submitted redacted versions of the documents containing confidential material. The Clerk of Court shall keep the unredacted versions sealed but make the redacted versions available for public viewing.

1

Dated at Milwaukee, Wisconsin, this 12th day of October, 2016.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge

2

Case 2:15-cv-00689-LA   Filed 10/12/16   Page 2 of 2   Document 103